No. 87–299.   CROOKS ET AL. *v.* MAYNARD, JUDGE.   C. A. 9th Cir.   Certiorari granted, judgment vacated, and case remanded

for further consideration in light of *Forrester* v. *White, ante,* p. 219.